UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                             Case No. 12-35881-AJC
                                                   Chapter 13
    ROGELIO TOMASINO

    Debtor.
_____/

## CREDITOR'S MOTION TO DISMISS AND OBJECTION TO PLAN CONFIRMATION

**STURAT R. KALB AS A NON-BANKRUPTCY TRUSTEE ("CREDITOR")** by and through undersigned counsel, seeks dismissal of this Chapter 13 Case and objects to the confirmation of the Plan, and states as follows:

1. The Debtors filed an individual voluntary petition in bankruptcy under Chapter 13 of Title 11 of the United States Code on the 29th day of October, 2012.

2. Debtor's unsecured debts (over $460,000) and secured debts exceed the jurisdictional limits allowed pursuant to 11 U.S.C. Sect. 109(e); and, the Plan fails to adequately provide for the claim of the instant Creditor.

3. Creditor seeks dismissal of this Case with prejudice.

**WHEREFORE**, the Creditor respectfully requests that this Court enter an Order dismissing the Case with prejudice, and also, that the Plan not be confirmed, and granting such further relief as is deemed fair and just.

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

<u>Page 2</u>

### **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Objection* was served via ecf in pdf format this 2nd day of January, 2013, upon those named below, and via US Mail on July 9th, 2012 upon Debtor and Debtor's counsel as well. A true and correct copy of this Objection shall also be served via US Mail January 3rd, 2013 upon Debtor., and those named on the Court's US Mail service List.

>Nancy Herkert Ch. 13 Trustee;
>Michael Frank, Esq., (Debtor's counsel); and
>the Office of the U.S. Trustee

By:_____/s/_____
James B. Miller
Fla. Bar No. 0009164

James B. Miller P.A.
Counsel to Kalb
19 West Flagler St., Suite 416
Miami, FL 33130
Email: jbm@title11law.com
Tel. (305) 374-0200
Fax. (305) 374-0250